IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEVEN FARMER, individually and on
behalf of all others similarly situated,

    Plaintiff,

    v.        No. 2:23-cv-00397-SMD-KRS

WALMART INC.,

    Defendants.

## ORDER CLOSING CASE

THIS MATTER is before the Court on the Joint Stipulation of Dismissal (Doc. 45), filed May 2, 2025, signed by all parties to the case, in which the parties jointly stipulate to dismissal of Plaintiff's claims in this action with prejudice.

"Under Rule 41(a)(1)(A)(ii), a plaintiff can voluntarily dismiss a case 'by filing… a stipulation of dismissal signed by all parties who have appeared.'" *De Leon v. Marcos*, 659 F.3d 1276, 1283 (10th Cir. 2011). "A stipulation of dismissal filed under Rule 41(a)(1)(A)(i) or (ii) is self-executing and immediately strips the district court of jurisdiction over the merits." *Id*.

Accordingly, it is ORDERED that this case is now CLOSED.

_____
**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**